IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                    CASE NO. 1:03-cr-00041-MP-AK-11

MELINDA LAWANNA BRYANT,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 811, Motion for Early Termination of Probation, filed by Ms. Bryant.  Since Ms. Bryant is actually serving a term of supervised release rather than probation, the Court construes the motion as one under 18 U.S.C. § 3583(e), seeking early termination of supervised release.  The Court has consulted with the probation officer, who indicates that the probation office does not object to the early termination.   The Assistant United States Attorney indicated that government would not object and leaves the decision to the discretion of the Court.

    Section §3583(e) provides that

The court may, after considering the factors set forth in section 3553 (a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)—

(1) terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice;

The Court finds that Ms. Bryant has served over one year of supervised release and, based on the record of Ms. Bryant's conduct while on supervised release as related by the probation officer,

the early termination of supervised release is warranted and in the interest of justice.

Accordingly it is hereby

**ORDERED AND ADJUDGED:**

The motion at Doc. 81 is granted, and the supervised release of the defendant is terminated.  The defendant is therefore discharged from supervision.

**DONE AND ORDERED** this _15th_ day of August, 2011

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge
